**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | )  CRIMINAL NO.  3:24-mj-68 |
| | ) |
| v. | )  Driving Under the Influence of Alcohol |
| | )  18 U.S.C. Section 13, Assimilating the |
| ERIC J. SANTIAGO, JR., | )  1950 Code of Virginia, Sections 18.2-266 |
| | )  & 270(A) |
| *Defendant.* | )  (Count 1) |
| | ) |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**

**(Citation No. E2127726)**

On or about April 27, 2024, in the Eastern District of Virginia at Fort Gregg-Adams,

Virginia, property administered by the Department of Defense, within the jurisdiction of this

Court and the special territorial jurisdiction of the United States, the defendant ERIC J.

SANTIAGO, JR., was found operating a motor vehicle under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia,
as amended, Sections 18.2-266 & 270(A).)

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____

Patrick J. McGorman
New York Bar Number 5526256
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: 804-819-5400
Patrick.McGorman@usdoj.gov

1